# Court of Appeals
# of the State of Georgia

ATLANTA,   October 16, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0021. JULIE MICHELLE BROOKS v. BRIAN KEITH BROOKS.**

On September 28, 2023, the Superior Court of Forsyth County entered a final judgment and decree of divorce to Julie Michelle Brooks and Brian Keith Brooks. The applicant has filed an emergency motion seeking an extension of time to file a discretionary application to appeal the final judgment and decree of divorce. Said emergency motion is hereby GRANTED, and the applicant shall have until November 27, 2023 to file a discretionary application. See OCGA § § 5-6-39 (a) (5), (d); Court of Appeals Rules 16 (c), 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   10/16/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*